# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WISLER MARCELUS,                )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Case No. 07-0721 (RJL)
                               )
CCA OF TENNESSEE, INC.,        )
                               )
        Defendant.             )
                               )
                               )
                               )
                               )
                               )

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this __3rd__, day of March, 2010, it is hereby

**ORDERED** that Defendant CCA of Tennessee, Inc.'s Motion for Summary Judgment [#28] is **GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendant on all counts in the Amended Complaint [#15].

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge